IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIM ANDREW GARDIPEE; BRUNO FRIIA; BRAD MOLNAR; and DAVID HELMERS,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA; MONTANA DEPARTMENT OF FISH WILDLIFE AND PARKS; and MONTANA FISH & WILDLIFE COMMISSION,<br><br>Defendants. | CV 21–95–M–DLC<br><br><br>ORDER |

Before the Court is Plaintiffs' Unopposed Motion to Allow Witness Testimony by Zoom Appearance at the hearing on Plaintiffs' Application for Temporary Restraining Order and Order to Show Cause (Doc. 10) set for August 31, 2021 at 1:30 p.m. (Doc. 14.) The Motion indicates that some of the identified witnesses may be able to appear in person, but it does not specify which of the witnesses can appear in person or explain why any of the witnesses may be unable to appear in person. (*Id.* at 2.)

It is the Court's experience that witness appearances via Zoom can present technical and other difficulties that disrupt or delay testimony and present technical challenges for the Court. The Court therefore is not inclined to grant permission

1

for witnesses to appear via Zoom in the absence of reasons why specific witnesses cannot appear in person.

Accordingly, IT IS ORDERED that the motion (Doc. 14) is DENIED subject to renewal.

DATED this 26th day of August, 2021.

_____
Dana L. Christensen, District Judge
United States District Court