IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIM ANDREW GARDIPEE; BRUNO FRIIA; BRAD MOLNAR; and DAVID HELMERS, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF MONTANA; MONTANA DEPARTMENT OF FISH WILDLIFE AND PARKS; and MONTANA FISH & WILDLIFE COMMISSION, <br><br> Defendants. | CV 21–95–M–DLC <br><br><br> ORDER |

Before the Court is Plaintiffs' Motion to Allow Witness Testimony by Video Appearance. (Doc. 28.) The motion is unopposed. (*Id.* at 2.) The Motion states that Plaintiff David Helmers resides 565 miles away from Missoula, he cancelled his previous travel arrangements to appear in person at the hearing after the Court's order vacating the hearing (Doc. 25), and, because he is unable to drive at night, he will not have sufficient time to drive from his residence to Missoula to attend the hearing in person. (Doc. 28 at 2.) The Motion further states that the other Plaintiffs and remaining witnesses, with the exceptions of Dr. Zink, who will appear via Zoom, and Aaron Lasco, who will be unavailable during the hearing, will be able to attend and testify at the hearing in person. (*Id.* at 2–3.)

1

Good cause appearing, IT IS ORDERED that the Motion (Doc. 28) is GRANTED. Mr. Helmers may appear via Zoom at the hearing. The Clerk of Court will notify counsel via e-mail of the meeting ID and password within 24 hours of the hearing. Zoom Guidance and Setup are available at: https://www.mtd.uscourts.gov/zoom-hearings.

DATED this 31st day of August, 2021.

_____
Dana L. Christensen, District Judge
United States District Court