Bruce A. Fredrickson
Angela M. LeDuc
Rocky Mountain Law Partners, P.C.
1830 3rd Avenue East, Suite 301
P. O. Box 1758
Kalispell, MT 59903-1758
Telephone:  (406) 314-6011
Facsimile:   (406) 314-6012
E-mail:       bruce@rmtlawp.com
                    angie@rmtlawp.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| TIM ANDREW GARDIPEE; BRUNO FRIIA; BRAD MOLNAR; DAVID HELMERS, All Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA; and MONTANA DEPARTMENT OF FISH WILDLIFE AND PARKS, and MONTANA FISH & WILDLIFE COMMISSION,<br><br>Defendants. | 9:21-cv-00095-DLC-KLD<br><br>**STIPULATION TO DISMISS ACTION<br>(WITHOUT PREJUDICE)** |
|---|---|

COME NOW the Parties to the above captioned action by and through their respective counsel of record and hereby stipulate and agree as follows:

1. That the above captioned action may be dismissed in its entirety without prejudice;

2. That each party will bear their own attorney fees and costs; and

3. That counsel for each respective party represents and certifies that they have express authority from their respective clients to enter into this Stipulation and to bind their respective clients to its terms.

DATED this 1st day of November, 2023.

        ROCKY MOUNTAIN LAW PARTNERS, P.C.

        /S/    *Bruce A. Fredrickson*
        Attorneys for Plaintiffs

        Department of Fish, Wildlife & Parks

        /S/    *Sarah Clerget*
        Chief Legal Counsel,

        /S/    *Alex M. Neill*
        Legal Counsel, Fish Wildlife and Parks and
        Montana Fish & Wildlife Commission

        Attorneys for Defendants