IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TIM ANDREW GARDIPEE; BRUNO FRIIA; BRAD MOLNAR; DAVID HELMERS, All Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE OF MONTANA; and MONTANA DEPARTMENT OF FISH WILDLIFE AND PARKS, and MONTANA FISH & WILDLIFE COMMISSION,<br><br>Defendants. | CV-21-95-M-KLD<br><br><br><br>ORDER |

The parties have filed a joint Stipulation to Dismiss Without Prejudice. (Doc. 68). Based on the joint stipulation,

IT IS ORDERED that this action is DISMISSED in its entirety WITHOUT PREJUDICE, each party to bear their own attorney fees and costs.

DATED this 1st day of November, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge